UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**LC America, Inc.**

    *Plaintiff*

**v.**                                                      3:13-cv-00625-RJC-DCK

**Nirvana Specialty Foods, Inc.**

    *Defendant*

### Defendant's Motion to Dismiss For Lack of Personal Jurisdiction And For Failure to State a Claim

Defendant Nirvana Specialty Foods, Inc. moves to dismiss LC America, Inc. ("LCA")'s Complaint in this lawsuit because (1) this Court lacks personal jurisdiction over Nirvana, and (2) LCA has failed to state a claim upon which relief can be granted. Neither Nirvana nor this dispute has any connection to North Carolina. And LCA has no right to bring the causes of action it has asserted. Attached hereto are:

- Exhibit 1: Nirvana's Memorandum in Support of its Motion to Dismiss.
- Exhibit 2: LCA's current Complaint.
- Exhibit 3: Affidavit of Nirvana's principal, Darya Rafizadeh.

| | |
|---|---|
| Thursday, January 16, 2014 | Respectfully submitted,<br>QUIST, CONE & FISHER, PLLC |
| | By: /s/ *Michael A. Durr*<br>Michael A. Durr (TBA 26746)<br>800 South Gay Street, Suite 2121<br>Knoxville, Tennessee 37929<br>Direct: (865) 312-0440<br>E-Mail: mdurr@qcflaw.com |
| | LAW OFFICES OF DOUG BANKS<br>F. Douglas Banks (No. 19805)<br>10801 Johnston Road, Suite 218<br>Charlotte, North Carolina 28226<br>Office: (704) 512-0484<br>E-Mail: dbanks@banks-law.net |
| | Attorneys for Nirvana Specialty Foods, Inc. |

**Certificate of Service**

I hereby certify that on Thursday, January 16, 2014 this document was filed electronically through the Court's electronic filing system. This same day this system has provided access to an electronic copy of this document to the following counsel of record through the following e-mail addresses:

- J. Jerome Miller
  jerry@millerlawcharlotte.com

By: /s/ *Michael A. Durr*<br>Michael A. Durr